PER CURIAM.

(No. 75-CC-579– )

CLARK OIL & REFINING CORP. Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS, Respondent.

*Opinion filed February 23, 1975.*

CLARK OIL & REFINING CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.